# EXHIBIT B

Maureen P. Steady, Esquire
Attorney I.D. No. 79698
**KURTZMAN | STEADY, LLC**
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Telephone: (215) 883-1600
Email: steady@kurtzmansteady.com



*Filed and Attested by the Office of Judicial Records 23 AUG 2021 02:50 pm A. STAMATO*

| | |
|---|---|
| ERNESTO AND CARMELA CARANCI, | COURT OF COMMON PLEAS |
| Plaintiffs, | PHILADELPHIA COUNTY |
| v. | NO. 002213 |
| MONSANTO COMPANY, ET. AL. | |
| Defendants. | |

## SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that on March 10 2020, defendant S&H Hardware & Supply Co., Inc. (the "Debtor") filed a voluntary petition for reorganization in the United States Bankruptcy Court for the Eastern District of Pennsylvania under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), having been assigned Bankruptcy Case No. 20-11514(ELF).

**PLEASE TAKE FURTHER NOTICE** that pursuant to §362(a) of the Bankruptcy Code, the filing of the voluntary petition operates as a stay, applicable to all entities, of, among other things: (a) the commencement of continuation of all judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement of Debtor's case or (ii) to recover any claims against the Debtor that arose before the commencement of the Debtor's case; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment obtained before the commencement of

Case ID: 210602213

the Debtor's case; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

**PLEASE TAKE FURTHER NOTICE** that the within Suggestion of Bankruptcy is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

Dated:  August 23, 2021                **KURTZMAN | STEADY, LLC**

By: /s/ Maureen P. Steady
Maureen P. Steady, Esquire

Attorneys for S&H Hardware & Supply Co., Inc.

2